CR19888-918
Case no

two Cases

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. 1983

Action Number __3:22cv768__

Please fill out this complaint form completely. The court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. PARTIES:
A. PLAINTIFF:

1. (a) George Rainey , (b) # 1889801
   (Name)                    (Inmate Number)
2. (c) 421 Barnfield Rd.
   (Address)
   Haynesville VA. 22472

Plaintiff MUST keep the Clerk of Court notified, of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as Attorney's and other Inmates may not be sued under section 1983. In addition, liability under section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, Wardens, and Sheriff's are not liable under section 1983, just because they supervise persons who may have violated your rights. These persons are liable only if they were personally involved in the alleged deprivation. In addition, prisons, jails, and departments within an institution are not persons under section 1983.

B. DEFENDANT(S):
1. (a) Spotylvania Circuit Court  (b) _____
      (Name)                          (Title/ Job Description)
   (c) 9115 Courthouse Rd
       (Address)
       Spotylvania Va. 22553



2

2. (a) _____ (b) _____
   (Name)                         (Title/Job description)
   (c) _____
   (Address)
   _____

3. (a) _____ (b) _____
   (Name)                         (Title/Job Description)
   (c) _____
   (Address)
   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

Plaintiff MUST provide an address for a complaint. If plaintiff does not provide an address for a defendant, that person may be dismissed as a party to this action.

In addition, plaintiff MUST provide a copy of the completed complaint and any attachments for each defendant named.

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
   Yes ____ No ✓

B. If your answer to A. is YES, you must describe any lawsuit, whether currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.)

1. Parties to previous lawsuits:

   Plaintiff (s) George Rainey
   Defendant's: Spotylvania County Cu.Tu.T Court

2. Court (if federal court, name and district; if state court, name the country):
   _____

3. Date lawsuit filed: _____

3

4. Docket Number: _____.

5. Name of Judge to whom case was assigned: _____.

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?): _____.

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place?
_They did noT Have Grievance_

B. Does the institution listed in A have a grievance procedure?
Yes ___ No ✓

C. If your answer to B is YES:
   1. Did you file a grievance based on this complaint? Yes ___ No ✓
   2. If so, where and when? _____
   3. What was the result? _____
   4. Did you appeal? Yes ___ No ✓
   5. Result of the appeal: _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?
Yes ___ No ✓

If your answer is YES: What steps did you take? _____

E. If your answer is NO: explain why you did not submit your complaint to the prison authorities?
_They did noT Have Grivevance_

## IV. STATEMENT OF THE CLAIM

{ State here as briefly as possible the facts of your case. Describe how each defendant is involved, and how you were harmed by their actions. You may include the names of any other persons involved, dates, and places of events. You may cite constitutional amendments you allege were violated, but do not give any legal arguments or cite cases or statues.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

( Attach additional sheets if necessary.)

My name is george Rainey I am finding This Law suit again Spotsivania Country Court because I was in Rappahannock Jail From 4-2-19 For untel 9-26-19. For Flse Stmt on Crim Hist Consent I never had a felony So I should Have been Charce This was set up how Could I have a Felony When I Could be Trial I also have a gun licensed The Case was Nolle Prosequi on 9-26-19 but I Was in another Court. The Attorney Fo The Commonwealth was Ryan Mehaffey not Stephanie Fitzgerald There was some paper work The Judgs Signature on all The paper work is different There was paper work That was Chance and They wrote my name on Them

## V. RELIEF

I understand that in a section 1983 action the court cannot change my sentence, release me from custody or restore my good time. I understand I should file a petition for writ of habeas corpus if I desire this type of relief. H.R (initial)

The plaintiff wants the court to: { check those remedies you seek}

___✓___ award money damages in the amount of $ _____

_____ grant injunctive relief by _____

_____ other _____

## VI. PLACES OF INCARCERATION

Please list the institutions in which you were incarcerated during the last six (6) months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Haynesville Corre Canter
421 Barnfield Rd,
Haynesville 22472

## VII. CONSENT

CONSENT TO TRIAL BY MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C.S. 636 (C) to have a U.S. Magistrate Judge preside over a jury or court-trial with, with appeal to the District Court or direct appeal to the United State Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge? Yes ____ No ____
You may consent at any time; however, any early consent is encouraged
If you checked YES, do you wish to have an appeal to the District Court or directly to the U.S. Court of Appeals? (Choose One) _____

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff, must sign for himself or herself.

Signed this 28 day of Nov., 2022.
Plaintiff _____

6