IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE RAINEY,  )
  )
   Plaintiff,  )
  )
v.  )  Civil Action No. 3:22-cv-768–HEH
  )
SPOTSYLVANIA CIRCUIT COURT,  )
  )
   Defendant.  )

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on February 28, 2023 (ECF No. 9), the Court directed Plaintiff to pay an initial partial filing fee of $73.32 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                          /s/
                        Henry E. Hudson
Date: April 14, 2023    Senior United States District Judge
Richmond, Virginia