3

George Rainey 1889801-2A 29B
Centralized Mail Distribution Center
3521 Woods Way
State Farm Va. 23140

this letter is to have two case no dismiss 3:22-CV-00768-HEH-MRC and 3:22-CV-00767-HEH-MRC I have someone to file this case for me. I don't have to pay up front that way I can win not Spotylvania County good try do not have Haynesville to take anymore money from my account

Thank you
George Rainey

County/City of Richmond ; Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this 29 day of March, 20 23
George Rainey
(Name of person seeking acknowledgement)
Beth Sance
Notary Public
My Commission expires: 11-30-2026
Notary Reg. No. 7805121

I certify that the above Notary is not a party to this action
George Rainey