3:22cv768

Genge Rainey 1889801        4-13-23
Centralized Mail Dist. Center
3521 Woods Way
State Farm Va. 23669

Magierate Judge Elizabeth W(M) Hanes
To Judge Henry E Hudson
This is My three letter ashing you'll to let Haynesville Correctional Center no that this Case have been dismiss and there is no need for My Money to be take. I have a attorney doinging the fielding for me.

Genge Rainey

RECEIVED APR 17 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA