

George Rainey 1889881-2A-29B  4-20-23
Centralized Mail Dist. Mail Center
3521 Woods Way
State Farm Va. 23160

Mr. Henry E. Hudson
Fernando Galindo Clerk
I am a Inmate At Haynesville Corr. Center the Case No 3:22CV768 And @ 3:22CV767 has been dismiss but Haynesville said they Can't stop takeing Money from Account until you'll Notifies them to Not to take the Money. And Also Case 3:21-CV-00213 HEH-EWH George Rainey Plaintff Defendant unknown I ask for a Defendant name two or three time No name came up I ask them to stop takeing my Money I will Like A refund of $350.00 for that Case And A refund for Case 3:22CV768-And 767 3:21-CV-00213-HEH-EWR was filed 3-25-2021.
Spottswood W. Robinson III And Robert R Merhige, Jr.

Thank
George Rainey

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

# 1889801

GEORGE RAINEY,

*this could have been a case anyway*

Plaintiff,

v.                                                          Civil Action No. 3:21CV213

UNKNOWN,

Defendant.

## MEMORANDUM ORDER
(Waiving Initial Partial Filing Fee and Screening Action)

Plaintiff has complied with the prior Memorandum Order. Upon review of Plaintiff's inmate account, the partial filing fee is WAIVED. Accordingly, it is ORDERED that:

1. The action is FILED and Plaintiff is GRANTED leave to proceed *in forma pauperis*. The Court will now review the action in accordance with federal law. *See* 28 U.S.C. § 1915(e)(2).

2. The institution where Plaintiff is confined will mail to the Court twenty percent (20%) of all of Plaintiff's deposits until the balance of $350.00 is paid. The payments shall be made on a monthly basis. The payments shall be DIRECTED to:

>Clerk's Office
>United States District Court for
>the Eastern District of Virginia
>Richmond Division
>701 East Broad Street, Suite 3000
>Richmond, Virginia 23219-3528

The payments shall bear the civil action number for this action. In the event that Plaintiff is transferred, the balance due shall be collected and paid to the Clerk by the custodian at Plaintiff's next institution.

George Rainey 1889801 2A-29B
Centralized Mail Dist. Center
3521 Woods Way
State Farm Va. 23160

United States District Court
Eastern Dist. of Va.
701 East Broad St
Federal Courthouse
Rich VA
23219

Legal Mail Spotswood W. Robinson III and Robert R. Merhige Jr.
Legal Mail

U.S. MARSHALS
INSPECTED

US POSTAGE — PITNEY BOWES
ZIP 22472
02 4W
0000381169 MAY 02 2023
$ 000.00

VA DOC NEITHER CENSORED NOR INSPECTED

RECEIVED
MAY 0 2 2025
HAYNESVILLE CORRECTIONAL CENTER
MAILROOM